**JS−6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN WHITAKER<br><br>          Plaintiff(s),<br><br>     v.<br><br>FRANKLIN PLAZA, LLC , et al.<br><br><br><br>          Defendant(s). | CASE NO:<br>2:19−cv−09846−FMO−FFM<br><br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 60 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: January 9, 2020          _/s/ Fernando M. Olguin_
                                 Fernando M. Olguin
                                 United States District Judge